IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Plaintiff's name and ID Number: #604384, 1316536, #290418, 1250833, 654322, #556412
LIVINGS, SLADE, BROWN, BURTON, FLORENCE, OROABOE
ON BEHALF OF US AND OTHERS SIMILARLY SITUATED
SEE EXHIBIT #3.1-2 ADDITIONAL PLAINTIFFS.

Place of Confinement: TDCJ-BPP ISF 1511 PRESTON AVE HOUSTON, TX 77002

CASE NO: _____
(Clerk will assign the number)

JURY DEMAND
SUE IN INDIVIDUAL & OFFICIAL CAPACITIES

v.

Defendant's name and address: Geo Group Inc. 1511 Preston Ave, Houston, TX 77002

Defendant's name and address: TDCJ-B.P.P. P.O. Box 99 Huntsville, TX 77342

Defendant's name and address: TDCJ Access To Courts Director Frank Hoke P.O. Box 99 Huntsville, TX 77342
(DO NOT USE "ET AL.")

United States District Court
Southern District of Texas
FILED

JUN 1 9 2008

Michael N. Milby, Clerk

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?         YES ____   NO ✓

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __N/A__

2. Parties to previous lawsuit:
   Plaintiff(s): __N/A__

   Defendant(s): __N/A__

3. Court (If federal, name the district; if state, name the county) __N/A__

4. Docket Number: __N/A__

5. Name of judge to whom case was assigned: __N/A__

6. Disposition: (Was the case dismissed, appealed, still pending?)
   __N/A__

7. Approximate date of disposition: __N/A__

II. **PLACE OF PRESENT CONFINEMENT:** TDCJ: B.P.P. 1511 Preston Ave Houston TX 77002

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. See Brief

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Livings, Slade, Brown, Burton, Florence, Monroe, et al Exh. #31-2) 1511 Preston Ave. Houston, TX 77002

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Geo Group Inc. 1511 Preston Ave Houston TX 77002

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
The Defendant Facility Is Plague With 8m Amend Violations, Access to Courts Violation (see Brief)

Defendant #2: TDCJ: B.P.P. P.O. Box 99 Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
The Defendants Use of Illegal Administrative Procedures Conspiring With Gate Way to Defraud Money From the Gov't & State to Place us in its Drug Class (See Brief)

Defendant #3: Frank Hoke TDCJ Access To Courts Director P.O. Box 99 Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. Failed to Assure This Court, Prior Order of Access to Law Library Was Met Failed In His Duty To Assure The Private Facilities Access to Court Rights Are Met (See Brief)

Defendant #4: Bruno Livingston TDCJ Director P.O. 99 Huntsville TX 77342

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. This Offc Failed To Assure Ti's Contracted Facilities Met Constitutional Standards.

Defendant #5: TDCJ - Gate Way Foundation Director Lewis 1511 Preston Ave Houston, TX 77002

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Conspired: Used Illegal Administrative Procedures With The TDCJ: B.P.P. To Defraud The State Taxpayers, & Federal Gov't Out Of Funding To Place Technical Violator's In Its Drug Treatment Classess Without Just Cause & When The Prisoner Do Not Meet The Standards (See Brief).

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The Geo Group Inc. Has Violated Past, Present and Presuming Prisoners Constitutional Rights And Refuse To Correct Such Filthy, Unsanitary Living Conditions, And Denial Of Access To Law Books & Research At The Law Library, Unsanitary Kitchen, Showers, Toilets, As Of The Filing Of This Complaint. TDCJ & BPP Acts Of Omission Approved Of & Ignored These Conditions Since The Opening Of Their Contor & Turned Their Heads To These Conditions Upon Their Inspections To Be In Compliance With This County's Final Orders Once Before ~~Court~~. On Said Conditions. The BPP & Gateway Are Using Illegal Procedures To Force Prisoners At These Unconstitutional Facilities, And Force Prisoners In Programs Under Duress Without

SEE ATTACH

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes. Injunctive, Declatory Relief, Punitive Damages.

Order The Geo Group Inc.: TDCJ To Place The Required Law Books In The Law Library, Give Us Direct Access To It, Order Frank Hoke To Monitor Said Facilities, Order The Fed. Gov't. To Investigate The Arbitrary Placing Prisoners That Don't

(SEE ATTACH →)

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
#1250833, 1316536, #604384, #290418, 556412, 654322
BURTON, SHAPE, LIVINGS, BROWN, OROABOE, TOOLE

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.
1250833, 1316536, #290418, #556412, Florence
BURTON can't, SHAPE 1069233, BROWN, OROABOE, 654322, 471746
Remember Others, Can Remember, don't, Remember Not

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (If federal, give district and division): N/A
 2. Case Number: N/A
 3. Approximate date sanctions were imposed: N/A
 4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

CONTINUATION OF PARAGRAPH V STATEMENT OF CLAIM

THE PRISONER HAVING ANY SAY SO AS GATEWAY-TDCJ.B.P.P FOUNDATION DRUG AND ALCHOL TREATMENT CLIENTS RIGHTS STATES, ILLEGAL PROCEDURES ARE BEING USED BY THE DEFENDANTS TO PLACE PRISONER'S IN THESE PROGRAMS THAT DOES NOT QUALIFY THE ILLEGAL PROCEDURES TO WITH FALSE INFORMATION ABOUT WHY YOU'RE PLACED IN THESE PROGRAMS ARE BEING DONE BY THE DEFENDANTS IN BAD FAITH FOR FINANCIAL GAIN AND JOB SECURITY. THE B.P.P. AND GATEWAY ARE USING ILLEGAL PROCEDURES TO NOT ABIDE BY IT'S PROCEDURE'S GOVERNING THE PROCESS OF YOUR 60 DAY STAY BY DEFRAUDING OUR DISPISITION DATE ACCUMULATED FLAT TIME FROM USE WITHOUT DUE PROCESS. THE GATEWAY PROGRAM AND BOARD DOES NOT FOLLOW THEIR PROCEDURES OUTLINED IN THEIR HANDBOOKS. DUE TO THE CONFUSING, CONFLICTING BOOKS. TO USE THESE ILLEGAL ADMINISTRATIVE PROCEDURES IN BAD FAITH, AND STATING THAT THE B.P.P. AND TDCJ-BPP. ARE COMBINED AGENCIES HAS LEAD BY OMISSIONS TO CONTINUE THESE CONFUSING ILLEGAL ADMINISTRATIVE PRACTICES. (SEE BRIEF).

CONTINUATION OF VI. RELIEF

FIT IN THIS PROGRAM. THE COURT ORDERED A HEARING, AND REVIEW RECORDS, OF PRISONER'S HEARING RECORD AND GATEWAY RECORDS. ORDER THE DEFENDANTS TO COMPLY WITH HEALTH AND SAFETY STANDARDS. AND ISSUE CLEANING MATERIAL AND EQUIPMENT DAILY TO CLEAN TANKS, SHOWERS, TOLIETS, KITHCHEN ORDERED TO COMPLY WITH HEALTH AND SAFETY STANDARDS.

APPOINT AN ATTORNEY TO PLAINTIFF'S; AND APPOINT ALAN BREED TO COME MONITOR, INTERVIEW PRISONER'S AT FACILITIES THAT THIS COURT ONCE USED MR. BREED TO DO ON BEHALF ON THIS COURT AND TEXAS PRISONERS.

MONITOR, INVESTIGATE THE TDCJ. B.P.P. SANCTION FACILITIES AND ORDER THE BOARD TO IMPLEMENT STRUCTURE ON ISSUERANCE OF TECHNICAL WARRANT

PAGE 4 OF 5 CONTINUATION

   D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): __N/A__
   2. Case number: __N/A__
   3. Approximate date warning were imposed: __N/A__

Executed on: _____    _____
               (Date)                      (Printed Name)

                                        _____
                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __11th__ day of __June__, __2008__.
           (Day)          (Month)      (Year)

                                    __Stephen Livings__
                                    (Printed Name)

                                    _____
                                    (Signature of Plaintiff)'s

Chuck Brown, Charles Slade, Richard Burton, Thomas Florence

WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

ATC 1983 (Rev. 04/06)          Page 5 of 5

To: Federal Clerk
Attn: Michael Milby
Address: P.O. Box 61010
Houston, Texas 77208

6-11-08

United States District Court
Southern District of Texas
FILED

JUN 1 9 2008

Michael N. Milby, Clerk

From: ~~~~ Plaintiff's Stephen Livings-Et Al, In regards to your busy schedule I'll be as brief as possible.

I now ask that you file the enclosed 1983 lawsuit and all attached exhibits, complaints and disposition papers in the appropriate court and inform myself of the appointed Case No.

I also like to state that the said Plaintiffs in this case is currently proceeding in lamen teems and ask the Honorable Judge of said court to take this fact into consideration.

Respectfully Submitted,
[signature]

Stephen Livings - ETAL  #1643384-30-19
1511 Preston Avenue
Houston, Texas 77003

United States District Court
Southern District of Texas
FILED

JUN 18 2008

Michael N. Milby
Clerk of Court

To: Federal Clerk
Attn: Michael Milby
P.O. Box 61010
Houston, Texas 77208

LEGAL